UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO AMERICAN CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>KIM SENG COMPANY and JIAYANG TSAI,<br><br>Defendants. | Case No. CV11-02787-AHM (FMOx)<br><br>*Hon. A. Howard Matz*<br><br>**ORDER FOR PRELIMINARY INJUNCTION** |

The Court, having considered Plaintiff FRANCO AMERICAN CORPORATION's moving papers for preliminary injunction, having considered Defendant KIM SENG COMPANY'S papers in Opposition, having considered all Reply papers and the objections of the parties, and having considered oral argument on June 6, 2011, hereby GRANTS Plaintiff's motion for preliminary injunction.

Defendant KIM SENG is preliminarily enjoined from distributing, offering for sale or selling butter in packaging that is confusingly similar to the overall impression created by the claimed trade dress of Plaintiff's French salted butter, which trade dress includes the red background color, the gold wording and graphics, the wording and placement thereof, the font of the wording, and the

graphics including depiction of coins and building as shown in Exhibit A hereto and as defined in the Civil Minutes issued by the Court on June 6, 2011 in connection with the present Motion.

Pending final adjudication of the merits of Plaintiff's claims, no recall of product previously sold to Defendant's retailers is required.

As a condition of this order becoming effective, Plaintiff is to post a bond of $15,000.00 pending final adjudication of the merits of Plaintiff's claims.

**IT IS SO ORDERED.**

DATE: June 17, 2011

_____
Hon. A. Howard Matz
United States District Judge

cc: **Fiscal**

**EXHIBIT A**











