# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO AMERICAN CORPORATION,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>KIM SENG COMPANY, et al.,<br><br>　　　　　Defendant(s). | CASE NO. CV11-02787-AHM (FMOx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

　　　　The Court having been advised by Magistrate Judge Fernando M. Olguin that the above-entitled action has been settled;

　　　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown, to request a status conference be scheduled if settlement is not consummated. Counsel must submit a request and proposed order to release the posted $15,000 bond.

　　　　IT IS SO ORDERED.

Date: February 3, 2012

**JS-6**

cc: **Fiscal**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
A. Howard Matz
United States District Court Judge