1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   FRANCO AMERICAN CORPORATION, | Case No. CV11-02787-AHM (FMOx) |
| 12                   Plaintiff, | **ORDER FOR PERMANENT INJUNCTION** |
| 13        vs. | |
| 14   KIM SENG COMPANY, | |
| 15                   Defendant. | |
| 16 | |

17
18
19
20
21        The Court, having considered the parties' Stipulation for Entry of a
22   Permanent Injunction hereby orders that:
23        Defendant KIM SENG is permanently enjoined from distributing, offering
24   for sale or selling butter in packaging that is confusingly similar to the overall
25   impression created by the claimed trade dress of Plaintiff's French salted butter,
26   which trade dress includes the red background color, the gold wording and
27   graphics, the wording and placement thereof, the font of the wording, and the
28   graphics including depiction of coins and building as showing in Exhibit A hereto

CHRISTIE, PARKER & HALE, LLP

1   and as defined in the Civil Minutes issued by the Court on June 6, 2011 in

2   connection with the Plaintiff's Motion for a Preliminary Injunction.

3        IT IS SO ORDERED.

7   DATE:  February 14, 2012        _____

8                                   Hon. A. Howard Matz

9                                   United States District Judge

10

SCL PAS1150048.1-*-02/13/12 11:51 AM

CHRISTIE, PARKER & HALE, LLP